```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| ANUSICA B. BROWN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 10-1037 |
| | * | |
| ODYSSEY HOUSE OF LOUISIANA, | * | SECTION "B"(3) |
| INC., AND XYZ INSURANCE | * | |
| | * | |

<u>ORDER</u>

Before the Court is Defendant's Motion for Summary Judgment and for Sanctions (Rec. Doc. No. 18).  Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the motion, set for hearing on **February 2, 2011**, has been submitted. Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion. Accordingly, the motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that said motion is **GRANTED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the

motion, including attorney's fees, will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 26th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE