UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANUSICA B. BROWN                                CIVIL ACTION

VERSUS                                          NUMBER: 10-1037

ODYSSEY HOUSE OF LOUISIANA,                     SECTION: "B"(3)
INC. AND XYZ INSURANCE

FINAL JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, dismissing Plaintiff's lawsuit, with prejudice and at her cost, and awarding Defendant costs and attorneys' fees, in accordance with the Court's granting of Defendant's Motion for Summary Judgment, Record Document Number 19.

New Orleans, Louisiana this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE